**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Julian Dion KIRKLAND, Defendant–
Appellant.**

No. 02–6986.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 5, 2002.
Decided Sept. 11, 2002.

Julian Dion Kirkland, Appellant Pro Se. Steven Hale Levin, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Julian Dion Kirkland seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and conclude on the reasoning of the district court that Kirkland has not made a substantial showing of the denial of a constitutional right. *See United States v. Kirkland,* Nos. CR–99–47; CA–01–1087–1 (M.D.N.C. May 28, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal.

*See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*